**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS VILLARAOS,<br><br>          Petitioner,<br><br>      v.<br><br>LARRY SMALL, Warden,<br><br>          Respondent. | NO. CV 08-4138 DSF (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  5/13/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE